**No. 09-8072. Dung Ngoc Huynh, Petitioner v. Jeremy Baze, et al.**

559 U.S. 949, 130 S. Ct. 1530, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1195.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 317 Fed. Appx. 397.

**No. 09-8078. John E. Felgar, Petitioner v. Jeffrey D. Burkett, et al.**

559 U.S. 949, 130 S. Ct. 1531, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1255.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 328 Fed. Appx. 107.

**No. 09-8079. Krystle Yvette Grant, Petitioner v. Barbara Wheeler, Warden.**

559 U.S. 949, 130 S. Ct. 1531, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1132.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-8080. Bruce McDowell, Petitioner v. United States.**

559 U.S. 949, 130 S. Ct. 1531, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1236.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8089. Susan V. Klat, Petitioner v. Mitchell Repair Information Company, LLC, et al.**

559 U.S. 949, 130 S. Ct. 1531, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1444,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8091. Jack R. Koch, Petitioner v. Edmund G. Brown, Jr., Attorney General of California, et al.**

559 U.S. 949, 130 S. Ct. 1570, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1328.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 340 Fed. Appx. 372.

**No. 09-8093. William Albert Lee, Petitioner v. United States.**

559 U.S. 949, 130 S. Ct. 1531, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1117.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8095. Montrell D. Ventry, Petitioner v. Arkansas.**

559 U.S. 949, 130 S. Ct. 1531, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1281.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2009 Ark. 300, 318 S.W.3d 576.

**No. 09-8099. Joshua Todd Woolridge, Petitioner v. Parwana Anwar.**

559 U.S. 950, 130 S. Ct. 1532, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1452.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.